**430**

Tim McAVIN, Claimant/Appellant,

v.

UNITED RELIABLE INSURANCE CO., Employer/Respondent.

No. ED 78105.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 23, 2001.

Fletcher COATS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 78049.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 23, 2001.

Harry J. Nichols, Erwin S. Barbre, Jr., St. Louis, MO, for appellant.

Mary Anne Lindsey, Paul F. Keeven, St. Louis, MO, for respondents.

Before AHRENS, P.J., CRANDALL, J., and JAMES R. DOWD, J.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before AHRENS, P.J., CRANDALL, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Claimant, Tim McAvin, appeals from a decision of the Labor and Industrial Relations Commission (Commission), awarding him permanent partial disability benefits. The Commission's decision is supported by competent and substantial evidence on the whole record. An opinion would have no precedential value. The parties have, however, been furnished with a memorandum, for their information only, setting forth the reasons for this order.

The Commission's decision is affirmed.[1] Rule 84.16(b).

### ORDER

PER CURIAM.

Fletcher Coats (Movant) appeals the judgment denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

---

1. Respondent's motion to dismiss the appeal or in the alternative to strike claimant's brief   is denied.